%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)                     13cr-30028 MAP

**Criminal Case Cover Sheet**                          U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II            **Investigating Agency** FBI/MSP

**City** Lee              **Related Case Information:**

**County** Berkshire      Superseding Ind./ Inf.  No            Case No.  --
                          Same Defendant  --            New Defendant  --
                          Magistrate Judge Case Number  --
                          Search Warrant Case Number  12-mj-3084A-F
                          R 20/R 40 from District of  --

**Defendant Information:**

Defendant Name  Buffis, Joseph                Juvenile:    ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name  --

Address  (City & State)  Lee, MA

Birth date (Yr only): 1958   SSN (last4#): 6053   Sex M   Race: White   Nationality: USA

Defense Counsel if known:  Lori H. Levinson     Address  500 Main Street, Suite 2

Bar Number  --                                           Great Barrington, MA 01230

**U.S. Attorney Information:**

AUSA  Steven H. Breslow         Bar Number if applicable  --

Interpreter:  ☐ Yes  ☑ No    List language and/or dialect:  --

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty  --     ☐ Misdemeanor  --     ☑ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  August 8, 2013          Signature of AUSA:  _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Buffis, Joseph

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC § 1951 | Extortion Under Color Of Official Right And By Wrongful Use of Fear | 1 |
| Set 2 | 18 USC § 1956(a)(1)(B)(i) | Money Laundering | 2-4 |
| Set 3 | 18 U.S.C. §§ 981, 982 and 28 U.S.C. § 2461 | Forfeiture Allegations | -- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____