UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Criminal No. 13-30028-MGM |
| JOSEPH BUFFIS, | * | |
| | * | |
| Defendant. | * | |

## **VERDICT FORM**

**COUNT ONE: EXTORTION on or about February 21, 2012**

WE, THE JURY, FIND THE DEFENDANT JOSEPH BUFFIS

      NOT GUILTY    \_\_\_\_

      GUILTY – select the theory or theories unanimously found:

            \_\_\_\_ Under the theory of extortion through the use of fear

            _X_ Under the theory of extortion under color of official right

If the answer as to Count One was GUILTY, please continue to answer for Counts Two, Three, and Four. If the answer on Count One was NOT GUILTY, skip Counts Two, Three, and Four and proceed to Count Five.

**COUNT TWO: MONEY LAUNDERING on or about February 23, 2012**
WE, THE JURY, FIND THE DEFENDANT JOSEPH BUFFIS

    NOT GUILTY    X

    GUILTY    ___

**COUNT THREE: MONEY LAUNDERING on or about February 27, 2012**
WE, THE JURY, FIND THE DEFENDANT JOSEPH BUFFIS

    NOT GUILTY    X

    GUILTY    ___

**COUNT FOUR: MONEY LAUNDERING on or about March 20, 2012**
WE, THE JURY, FIND THE DEFENDANT JOSEPH BUFFIS

    NOT GUILTY    X

    GUILTY    ___

**COUNT FIVE: WIRE FRAUD on or about November 16, 2009**
WE, THE JURY, FIND THE DEFENDANT JOSEPH BUFFIS

    NOT GUILTY    _X_

    GUILTY    ___


**COUNT SIX: WIRE FRAUD on or about November 28, 2010**
WE, THE JURY, FIND THE DEFENDANT JOSEPH BUFFIS

    NOT GUILTY    _X_

    GUILTY    ___


**COUNT SEVEN: WIRE FRAUD on or about December 2, 2011**
WE, THE JURY, FIND THE DEFENDANT JOSEPH BUFFIS

    NOT GUILTY    _X_

    GUILTY    ___


If the answer any one of Counts Five, Six, or Seven was GUILTY, please continue to answer for Counts Eight, Nine, Ten, and Eleven. If the answer on each of Counts Five, Six, and Seven was NOT GUILTY, your deliberations are complete and the foreperson should sign this verdict form.

**COUNT EIGHT: MONEY LAUNDERING on or about December 16, 2011**
WE, THE JURY, FIND THE DEFENDANT JOSEPH BUFFIS

    NOT GUILTY    X

    GUILTY    ____

**COUNT NINE: MONEY LAUNDERING on or about January 4, 2012**
WE, THE JURY, FIND THE DEFENDANT JOSEPH BUFFIS

    NOT GUILTY    X

    GUILTY    ____

**COUNT TEN: MONEY LAUNDERING on or about January 5, 2012**
WE, THE JURY, FIND THE DEFENDANT JOSEPH BUFFIS

    NOT GUILTY    X

    GUILTY    ____

**COUNT ELEVEN: MONEY LAUNDERING on or about January 11, 2012**
WE, THE JURY, FIND THE DEFENDANT JOSEPH BUFFIS

    NOT GUILTY    X

    GUILTY    ____

6-9-2015
DATE

[Foreperson's signature]
FOREPERSON'S SIGNATURE