AO 243 (Rev. 09/17)



## Motion to Vacate, Set Aside, or Correct a Sentence
## By a Person in Federal Custody

### (Motion Under 28 U.S.C. § 2255)

### Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this motion.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and   3   copies to the Clerk of the United States District Court at this address:

> **Clerk, United States District Court for Western Distrct**
> **1100 Stte Street**
> **Springfield, MA**

If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9. **CAUTION: You must include in this motion all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

AO 243 (Rev. 09/17)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | First Circuit, Western District | |
|---|---|---|---|
| Name *(under which you were convicted):* Joseph F. Buffis  (13) Elaine Dr., Pittsfield, MA 01201 | | | Docket or Case No.: 13-30028-MGM |
| Place of Confinement: Glenville Federal Prison Camp | | Prisoner No.: 95503-038 | |
| UNITED STATES OF AMERICA | | Movant *(include name under which convicted)* | |
| V. | | Joseph F. Buffis | |

### MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:
    US Federal District Court, Western District, Springfield, MA


    (b) Criminal docket or case number (if you know): 13-30028-MGM

2.  (a) Date of the judgment of conviction (if you know): 6/9/2015

    (b) Date of sentencing: 5/17/2016

3.  Length of sentence: 27 months

4.  Nature of crime (all counts):
    Extortion under Color of Lawful right




5.  (a) What was your plea? (Check one)
    (1) Not guilty ✔        (2) Guilty ☐        (3) Nolo contendere (no contest) ☐

6.  (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?




6.  If you went to trial, what kind of trial did you have? (Check one)        Jury ✔        Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ✔        No ☐

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?   Yes ✔   No ☐

9. If you did appeal, answer the following:

   (a) Name of court: US Federal Appeals Court, Boston, MA

   (b) Docket or case number (if you know): 16-1681

   (c) Result: Judegment affirmed

   (d) Date of result (if you know): 8/14/2017

   (e) Citation to the case (if you know):

   (f) Grounds raised:
   Evidence was insufficient to sustain a guilty verdict for Extortion Under Color of Lawful Right

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ✔   No ☐

      If "Yes," answer the following:

      (1) Docket or case number (if you know): 17-6554

      (2) Result: Judgement affirmed

      (3) Date of result (if you know): 12/4/2017

      (4) Citation to the case (if you know):

      (5) Grounds raised:
      Wheter tjhis Court's opinion in Ocasio v. US, 136 S.Ct. 1423 (2016), that "[e]xtotion by the public offical was the rough equivalent of what we would now describe as "take]ing a bribe[,]"covers the situation where a defendant did not take a bribe and the jury specifically rejected the prosecutions theory that he imparted force on the putative victims (who ired to give money to toher officers before they ever met defendant in the case sub judice.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ✔

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

       (2) Docket or case number (if you know):

       (3) Date of filing (if you know):

AO 243 (Rev. 09/17)

    (4)  Nature of the proceeding:

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐     No ☐

    (7)  Result:

    (8)  Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court:

    (2)  Docket of case number (if you know):

    (3)  Date of filing (if you know):

    (4)  Nature of the proceeding:

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

          Yes ☐     No ☐

    (7)  Result:

    (8)  Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:     Yes ☐     No ☐

    (2)  Second petition:   Yes ☐     No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**   Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
A. Failure to Investigate witnesses.
B. Failed to Impeach Prosecution witnesses.
C. Trial ineffectiveness.
D. Failed to all Character witnesses.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Appeal attorney had differant theory of appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐      No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐      No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Jury clarification question denied by trial court.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

In order for the Count One (1), conviction to stand the court below essentially created a constructive amendment to the indictment, essentially allowing apargraphs 1 thru 25 to act as predicates, in and of themselves when applied to Ciount One (1), even though they had resulted in aquittal acorss the board as to al the other counts. Clearly the verdict form as to Count One (1) required guilt on counts two (2), three(3) and four(4)

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐      No ✔

(2)  If you did not raise this issue in your direct appeal, explain why:
Appeals attorney did not see this issue

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐   No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:**   Conviction resulted in a 8th Amendment Constitutional issue of Excessive fine

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

As a result of the conviction for a $4000 Extortion Under Color of Law, petitioner must forfeit a public pension valued at over One million dollars if petitioner lives until age 80.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Could not until petitioner appeared personally before Berkshire County Retirement Board and forfeiture was ordered in August of 2018.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** Judge asked for, received and read an article by a local paper that interviewed a jury after petitioners conviction but before ruling on Motion to set aside Verdict.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Judge read a newspaper article publiched i a local newspaper of an interview of a juror's opin ion of the case, prior to rul,ing on motion to set aside verdict.

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ✔

(2) If you did not raise this issue in your direct appeal, explain why:

Trial attorney was not inclined to do so.  Was satisfied with result of Motion for Clarification at which petitioner did not attend.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ✔

(2) If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
    No

AO 243 (Rev. 09/17)

14.  Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the
     you are challenging?        Yes ✔        No ☐

     If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

     issues raised.
     Massachusetts District Court, Central Berrkshire County, Wendell Ave., Pittsfield, MA
     Motion for Judicial Review of Pension Forfeiure
     Docket # 1827CV000323
     Hearing Date 12/27/2018, 2pm

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the
     judgment you are challenging:

     (a) At the preliminary hearing:
     Lori Levinson, Great Barrington Ma.

     (b) At the arraignment and plea:
     same as above

     (c) At the trial:
     same as above

     (d) At sentencing:
     same as above

     (e) On appeal:
     Seth Keretzer, Houston TX

     (f) In any post-conviction proceeding:

     (g) On appeal from any ruling against you in a post-conviction proceeding:

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
     and at the same time?        Yes ☐        No ✔

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are
     challenging?        Yes ☐        No ✔

     (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

     (b) Give the date the other sentence was imposed:

     (c) Give the length of the other sentence:

     (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or

     sentence to be served in the future?        Yes ☐        No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:
Vacate conviction of Extortion Under Color of Lawful Right and order pension to be awarded.

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on     *12/02/2018*
(month, date, year)

Executed (signed) on     *12/02/2018*          (date)

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.