UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

v.          Criminal Case No. 13-30028-MGM

JOSEPH BUFFIS,

Defendant

### RESPONSE TO ORER TO SHOW CAUSE

Defendant completed and executed the 2255 on December 02, 2018, and stamped and deposited same in the Pittsfield Post Office main office at 5:30pm on the same date. Defendant has mailed many documents to Springfield, Massachusetts and all have been delivered within one or two days. Defendant believed that the 2255 would arrive prior to the deadline.

Defendant does not have access to the electronic filing system, nor was it financially possible for him to miss a day of work given the current dire financial situation of the defendant.

If defendant had any doubts that the 2255 would not arrive prior to the deadline, he would have sent it overnight mail.

For the above stated reasons, defendant prays that the court will accept the 2255 as post marked.

Respectfully submitted

Joseph Buffis